# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW NATHANIEL BINGHAM II, | : | Civil No. 3:21-cv-1697 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CORRECTIONAL OFFICER KNORR, CORRECTIONAL OFFICER CEBRICK, | : | |
| Defendants | : | |

## ORDER

**AND NOW,** this 22xid day of April, 2022, upon consideration of Plaintiff's motions (Docs. 10, 13) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 10, 13) are **DENIED** without prejudice.

Robert D. Mariani
United States District Judge